## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVELL BUCEAN WILSON,<br>    Plaintiff,<br>v.<br>TODD MANNING, et al.,<br>    Defendants. | No. 2:21-cv-1801 DAD AC P<br><br>**AMENDED ORDER &**<br>**WRIT OF HABEAS CORPUS AD**<br>**TESTIFICANDUM** |

Trevell Bucean Wilson, CDCR # BL-2827, a necessary and material witness in a settlement conference in this case on July 28, 2023, is confined in Mule Creek State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Magistrate Judge Kendall J. Newman, by Zoom video conference from his place of confinement, on Wednesday, July 28, 2023 at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Mule Creek State Prison at (209) 274-5018 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at awaldrop@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Mule Creek State Prison, P.O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 26, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE